UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-593-F

| | | |
|---|---|---|
| CHARLTON ANTHONY CROSSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| J.A. SALMON, INDIVIDUALLY AND IN HIS | ) | |
| OFFICIAL CAPACITY AS DEPUTY SHERIFF | ) | |
| OF WARREN COUNTY, NORTH CAROLINA | ) | |
| SHERIFF'S DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court has been informed by the mediator in this case that the parties have compromised and settled all matters in controversy among them. Accordingly, this action hereby is DISMISSED without prejudice to any party to reopen should settlement not be consummated on or before **November 1, 2012.** Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before **November 1, 2012.**

SO ORDERED.   This the 15th day of October, 2012.

*James C. Fox*
James C. Fox
Senior United States District Judge